UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual, | Case No. 2:20-cv-06979 |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | Date: November 4, 2020 |
| CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21, as-yet unidentified individuals, | Judge: Hon. Fernando M. Olguin Magistrate Judge: Hon. Alka Sagar |
| | Complaint Filed: August 8, 2020 |
| Defendants. | |

Plaintiff Deniece Waidhofer hereby responds to the Order to Show Cause dated October 27, 2020 (Dkt 66) (the "Order"). The Order states that Plaintiff must "show cause in writing on or before November 3, 2020, why this action should not be dismissed for lack of prosecution" against Defendant Thothub.tv ("Thothub"). At this time, Plaintiff does not oppose dismissal without prejudice of the claims against Thothub because, based on available information, Plaintiff now believes that Thothub itself was a web domain only, not a legal person.

Plaintiff brought this lawsuit against Defendants Cloudflare, Inc. ("Cloudflare"); BangBros, Inc. ("BangBros"); Multi Media LLC ("Chaturbate"),

Thothub, and John Does 1-21 on August 8, 2020. The original complaint alleges that Plaintiff's copyrighted works, as well as her name and likeness, were misappropriated on Thothub, a website operated by certain as-yet-unidentified individuals (John Does 1-21). The original complaint further alleges, among other things, that Cloudflare, BangBros, and Chaturbate conspired with Thothub and its operators and violated RICO, the Copyright Act, and state law through their conduct in relation to Thothub and Plaintiff. Within a week of the lawsuit being filed, the Thothub website was abruptly shut down, apparently by its operators.

Based on information that Plaintiff has acquired since filing the complaint, Plaintiff now believes that Thothub is not a legal person that can be served with process and instead was simply a web domain. For example, Plaintiff has not been able to identify a corporate entity in any jurisdiction with the name Thothub.tv or similar. As a result, Plaintiff has not been able to serve Thothub with process. On the other hand, Plaintiff diligently served Cloudflare, BangBros, and Chaturbate, and each of these Defendants has appeared in the case. And Plaintiff will attempt to serve John Does 1-21 if and when Plaintiff ascertains their true identities through discovery from the other Defendants or by any other means.

Plaintiff intends to file an amended complaint in this action on or before November 4, 2020, in accordance with Federal Rule of Civil Procedure 15(a)(1). This amendment is of right, because November 4 is within 21 days of Cloudflare's,

BangBros's, and Chaturbate's filings of motions to dismiss, the complaint has not previously been amended, and no responsive pleadings have been filed. *See* Fed. R. Civ. P. 15(a)(1)(B). Because Thothub itself is apparently not a legal person, the amended complaint will not include Thothub as a defendant. But Plaintiff may later seek leave to restore Thothub as a defendant if Plaintiff later discovers new information suggesting that Thothub is, in fact, a legal person subject to suit.

For these reasons, Plaintiff does not object to dismissal without prejudice of the original complaint's claims against Thothub. However, Plaintiff submits that the claims against the other Defendants should proceed in due course.

Respectfully submitted,

By:   Brett S. Rosenthal_____

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Sean F. Gallagher (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Brett.rosenthal@rm-firm.com

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com