UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6979 FMO (ASx) | Date | November 24, 2020 |
|---|---|---|---|
| Title | Deniece Waidhofer, et al. v. Cloudflare, Inc., et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(In Chambers) Order Re: Pending Application**

Having reviewed the briefing filed with respect to defendants' Ex Parte Application to Modify Briefing Schedule for Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, (Dkt. 86, "Application"), IT IS ORDERED THAT:

1. The Application **(Document No. 86)** is **granted in part** as follows.

2. Plaintiffs' oppositions to the pending motions to dismiss are due no later than **December 9, 2020**.

3. Defendants' replies in support of their motions to dismiss are due no later than **December 30, 2020**.

4. The hearing on the motions to dismiss is continued to **January 21, 2021, at 10:00 a.m**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |