1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>            Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**PLAINTIFFS' NOTICE REGARDING IDENTIFICATION OF JOHN DOE DEFENDANTS** |

The Court previously entered a scheduling order providing in part that "[a]ll 'Doe' defendants are to be identified on or before January 21, 2021, on which date all remaining 'Doe' defendants will be dismissed, unless otherwise ordered by the court upon a showing of good cause." (Dkt 90 at 17). In accordance with this order, Plaintiffs hereby identify the following individuals that are currently believed to be among the "Doe" defendants referenced in the complaint:

- *Benjamin Samaey*—Upon information and belief, Mr. Samaey is the individual who was known as "Teller" on Thothub. Mr. Samaey is believed to reside and/or have a place of business at the following address: Bosdreef 7, 8530 Harelbeke, Belgium.

- *Andrew Rubio*—Upon information and belief, Mr. Rubio is the individual who was known as "Swix" on Thothub. Mr. Rubio is believed to reside and/or have a place of business at 6821 E. Broadway Blvd, Tucson, Arizona 85710.

- *Michael Hughes*—Upon information and belief, Mr. Hughes is the individual who was known as "Cityzen7" on Thothub. Mr. Hughes is believed to reside and/or have a place of business at 103 Strawthorne Court, Apex, North Carolina 27502.

- *Linus Malmberg*—Upon information and belief, Mr. Malmberg is the individual who was known as "Azrael" on Thothub.

Plaintiffs have thus far not been able to ascertain the identity of the other John Doe Defendants. However, Plaintiffs would respectfully request additional time to discover identifying information regarding the remaining John Doe Defendants. Plaintiffs submit that good cause exists for an extension in part because the appearing defendants have refused to produce any documents regarding the identity of the John Doe Defendants in response to Plaintiffs' requests for production.

For example, Plaintiffs previously served requests for production on Defendants Cloudflare Inc. ("Cloudflare"), Sonesta Technologies, Inc. ("Sonesta"), and MultiMedia LLC ("MultiMedia") asking for all "[d]ocuments containing any identifying information, including name, date of birth, social security number, credit card numbers, email addresses, physical addresses, IP addresses, bank accounts, credit cards, or other information related to the identity of any person acting or purporting to act on behalf of Thothub." (*See* App. 012, 026, & 041).[1] None of the Defendants has produced *any* documents in response to this request, instead asserting a string of objections with little to no explanation or support.

---

[1] The notation "App." refers to the appendix filed along with this Notice. The appendix contains certain exhibits that are referenced in the declaration of Brett S. Rosenthal, also filed concurrently herewith.

1    For instance, Cloudflare objected, among other reasons, that the above request

2    was "vague and ambiguous, and overbroad and unduly burdensome"; that it "seeks

3    information or documents that are in the possession, custody or control of third

4    parties" (without identifying any such third parties); that it "purports to require

5    Cloudflare to disclose information that infringes on any individual's right of privacy

6    or that Cloudflare is not permitted to produce under applicable law, whether under

7    the United States or any state constitution, federal or state statute, regulation, or

8    common law, treaty or international law, the positive law or common law of any

9    applicable jurisdiction, or any binding agreement of any kind, including any terms

10   of user [*sic*], terms of service, contract, license, policy, or otherwise" (without

11   identifying any applicable law or agreement); and that the request "is not reasonably

12   limited as to time, and … seeks information outside any period relevant to any

13   party's claim or defense" (without explaining why such time limitations would be

14   necessary). (App. 012–13). Cloudflare then asserted vaguely that, "[t]o the extent a

15   response is required, Cloudflare will limit its response to the period from June 6,

16   2018 through the filing of the Complaint." (App. 013). Sonesta and MultiMedia

17   asserted nearly verbatim similar objections, but they pledged to produce responsive

18   documents (though they still have not done so). (App. 026–27, 041–42).[2]

19

20   In addition, Defendant CrakMedia Inc. ("CrakMedia") only recently appeared

21   in this action, and discovery with respect to CrakMedia opened today. (*See* Dkt 101

22   at 2). The First Amended Complaint alleges that CrakMedia acted as the "affiliate

23   manager" on behalf of Sonesta and Multi Media, in which role CrakMedia allegedly

24   supported and assisted Thothub. It stands to reason that CrakMedia may thus possess

25   information that could be used to identify leading operators of Thothub, including

26   other John Doe Defendants. Because discovery only opened today, it will take some

27

28   ---

[2] Plaintiffs have initiated the process under Local Rule 37-2 for compelling production of this material.

time to determine through discovery whether CrakMedia possesses such information and to obtain such information from CrakMedia.

Given the ongoing discovery from Cloudflare and the Advertiser Defendants and the nascent discovery from CrakMedia, Plaintiffs would respectfully request an additional 60 days to identify the remaining John Doe Defendants.

Respectfully submitted,

By:   Brett S. Rosenthal_____

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joshua M. Russ (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Brett.rosenthal@rm-firm.com

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com

*Counsel for Plaintiffs*

PLAINTIFFS' NOTICE REGARDING IDENTIFICATION OF JOHN DOE DEFENDANTS
*Waidhofer et al. v. Cloudflare, Inc., et. al.*, Case No. 2:20-cv-06979

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that the above document will be served on January 21, 2021 on all counsel of record via the Court's electronic filing system.

_____ /s/ _____

Brett S. Rosenthal

PLAINTIFFS' NOTICE REGARDING IDENTIFICATION OF JOHN DOE DEFENDANTS
*Waidhofer et al. v. Cloudflare, Inc., et. al.*, Case No. 2:20-cv-06979