UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [DKT 118]**<br><br>Date: February 9, 2021<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: August 8, 2020 |

Plaintiffs hereby respond to the Order to Show Cause dated February 8, 2021 (Dkt 118) (the "Order"). The Order states that Plaintiff must "show cause in writing on or before February 16, 2021, why this action should not be dismissed for lack of prosecution" against Defendant Sonesta Technologies, Inc. ("Sonesta"). The Order further states that the Order "will stand submitted upon the filing of: [1] An answer by the following defendant(s): SONESTA TECHNOLOGIES, INC.; [2] Plaintiff's application for entry of default pursuant to Fed. R. Civ. P. 55(a): SONESTA TECHNOLOGIES, INC.; [or 3] Plaintiff's motion for default judgment pursuant to Fed. R. Civ. P. 55(b): on or before the date indicated above." (Dkt 118 at 1).

Based on this language, it appears that the Court is not aware that Sonesta, through its counsel, has already appeared in this case. In particular, on November 17, 2020, Plaintiffs filed a service affidavit showing that Sonesta had been served with process through its registered agent. (Dkt 83). Then, on November 18, 2020, Sonesta filed a motion to dismiss Plaintiffs' first amended complaint. (Dkt 85). The

Notice of Motion associated with Sonesta's motion states in part that "defendants Multi Media LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) (collectively, the 'Advertisers' or 'Advertiser Defendants') will and hereby do move for an order dismissing this action in its entirety as to the Advertiser Defendants under Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim." (*Id.* at 2). A footnote to the Notice of Motion states as follows:

> Although plaintiffs have named Sonesta Technologies, Inc. and BangBros.co Inc. as purportedly different defendants, they are the same entity. BangBros.com Inc., a Florida corporation formed on December 13, 2002, changed its name to Sonesta Technologies, Inc. pursuant to Articles of Amendment filed with the Florida Secretary of State on October 7, 2014.

(*Id.* at n.1). In addition, Sonesta filed a reply brief in support of its motion to dismiss. (Dkt 104). Sonesta has also joined in Defendants' *Ex Parte* Application to Modify Briefing Schedule for Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint (Dkts 86 & 89); the parties' Amended Rule 26(f) Joint Report (Dkt 88); the parties' Stipulated Protective Order Governing the Production and Exchange of Confidential Information (Dkt 95); and the parties' Stipulated Protocol for Producing Documents and ESI (Dkt 96).

Notably, however, the notice of interested parties filed by BangBros.com, Inc. on October 16, 2020 (Dkt 63) does not mention Sonesta Technologies, Inc. Instead, the notice states that "the undersigned, counsel of record of Defendant BangBros.com, Inc. (erroneously sued as BangBros, Inc.), certifies that the following party may have a pecuniary interest in the outcomes of this case: BangBros.com, Inc." (Dkt 63 at 2). Neither Sonesta nor BangBros.com, Inc. has filed an amended notice of interested parties.

In any event, given that Sonesta has appeared in this case, is actively litigating, and has made multiple filings (including a motion to dismiss), Plaintiffs respectfully request that the Order to Show Cause be dismissed.

                Respectfully submitted,

                By:   <u>Brett S. Rosenthal</u>

                REESE MARKETOS LLP
                Brett S. Rosenthal (*pro hac vice*)
                Joshua M. Russ (*pro hac vice*)
                Joel W. Reese (*pro hac vice*)
                750 N. Saint Paul Street, Ste. 600
                Dallas, Texas 75201-3202
                Telephone: (214) 382-9810
                Brett.rosenthal@rm-firm.com

                REITER GRUBER LLP
                Charles Reiter (SBN 306381)
                Robert Gruber (SBN 301620)
                100 Wilshire Blvd, Suite 700
                Santa Monica, California 90401-3602
                Telephone: (310) 496-7799
                creiter@reitergruber.com

                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this filing will be served on the date of filing on all counsel of record via the Court's electronic filing system.

___/s/_____

Brett S. Rosenthal