UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS SONESTA TECHNOLOGIES, INC. AND BANGBROS.COM, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Date: February 9, 2021<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: August 8, 2020 |

TO DEFENDANTS SONESTA TECHNOLOGIES, INC. AND BANGBROS.COM, INC. AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Deniece Waidhofer, Margaret McGehee, and Ryuu Lavitz, LLC ("Plaintiffs") and their counsel of record hereby give notice that the above-entitled action is dismissed without prejudice against Defendants Sonesta Technologies, Inc. ("Sonesta") and BangBros.com, Inc. ("BangBros"). Neither Sonesta nor BangBros has yet served an answer or motion for summary judgment in this matter. Accordingly, this action may be dismissed without court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

| | |
|---|---|
| 1 | DATE: February 10, 2021 |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | By: *Brett S. Rosenthal*_____ |
| 5 | REESE MARKETOS LLP |
| 6 | Brett S. Rosenthal (*pro hac vice*) |
| | Joshua M. Russ (*pro hac vice*) |
| 7 | Joel W. Reese (*pro hac vice*) |
| 8 | 750 N. Saint Paul Street, Ste. 600 |
| | Dallas, Texas 75201-3202 |
| 9 | Telephone: (214) 382-9810 |
| 10 | Brett.rosenthal@rm-firm.com |
| 11 | REITER GRUBER LLP |
| 12 | Charles Reiter (SBN 306381) |
| | Robert Gruber (SBN 301620) |
| 13 | 100 Wilshire Blvd, Suite 700 |
| 14 | Santa Monica, California 90401-3602 |
| | Telephone: (310) 496-7799 |
| 15 | creiter@reitergruber.com |
| 16 | |
| 17 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this filing will be served on the date of filing on all counsel of record via the Court's electronic filing system.

　　　　　　　　　　/s/_____

　　　　　　　　Brett S. Rosenthal