UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**NOTICE OF MOTION AND DISCOVERY MOTION**<br><br>**JUDGE:** Hon. Alka Sagar<br>　　　　　[Discovery Dispute]<br><br>**DATE:** Mar. 16, 2021<br>**TIME:** 10:00 AM PST<br>**COURT:** Courtroom 540 – 5th Floor<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012<br><br>**DISCOVERY CUTOFF:** May 21, 2021<br>**PRETRIAL CONF:** Nov. 19, 2021<br>**TRIAL DATE:** Dec. 14, 2021 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that, at 10:00 a.m. on March 16, 2021, or as soon after as the matter may be heard in the courtroom of the Honorable Alka Sagar, United States Magistrate Judge, located at Courtroom 540 – 5th Floor, 255 E. Temple St., Los Angeles, CA 90012. Plaintiffs Deniece Waidhofer, Margaret McGehee, and Ryuu Lavitz, LLC (collectively, "Plaintiffs"), by and through the undersigned counsel, will and do hereby move the Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37-2, for an order compelling Defendant Cloudflare, Inc.'s compliance with Plaintiffs' discovery requests and awarding Plaintiffs attorneys' fees and costs related to this motion. The motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation and declarations, the pleadings and papers on file with the court in this action, and such oral argument or documentary evidence as may be presented at or before the hearing on the Motion.

Respectfully submitted,

By:   Brett S. Rosenthal_____

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joshua M. Russ (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Brett.rosenthal@rm-firm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, the above document will be served at the time of filing on all counsel of record via the Court's electronic filing system.

       /s/ Brett S. Rosenthal

Brett S. Rosenthal