QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Gregory A. Fuoco (Bar No. 308073)
  gregfuoco@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
Multi Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979<br><br>**DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF DEFENDANT MULTI MEDIA, LLC'S SUPPLEMENTAL MEMORANDUM SUPPORTING ITS PORTIONS OF THE JOINT STIPULATION REGARDING PLAINTIFFS' DISCOVERY REQUESTS TO MULTI MEDIA, LLC**<br><br>[Filed concurrently with Multi Media, LLC's Supplemental Memorandum Supporting its Portions of the Joint Stipulation Regarding Plaintiffs' Discovery Requests to Defendant Multi Media, LLC]<br><br>Judge:   Hon. Alka Sagar |

Case No. 2:20-cv-06979
DECLARATION OF GREGORY A. FUOCO

## DECLARATION OF GREGORY A. FUOCO

I, Gregory A. Fuoco, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court and admitted to the State Bar of California. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Multi Media, LLC ("Multi Media") in this matter. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath. I submit this declaration in support of Multi Media's Supplemental Memorandum supporting its portions of the Joint Stipulation Regarding Discovery to Defendant Multi Media, LLC.

2. On February 11, 2021, plaintiffs emailed Multi Media their portions of the joint stipulation.

3. Multi Media provided its portions of the joint stipulation to plaintiffs by email on February 18, 2021.

4. Plaintiffs filed the joint stipulation on February 22, 2021 (Dkt. 125).

5. On February 24, 2021, I sent plaintiffs an email containing a set of proposed search terms to govern the parties' searches for electronically stored information ("ESI"). A true and accurate copy of this email and the attached list of terms is attached hereto as **Exhibit 8**.

6. On February 26, 2021, plaintiffs responded to this request with their own proposal for search terms and additional requests for information from Multi Media under the ESI Stipulation. A true and accurate copy of this email and plaintiffs' proposal is attached hereto as **Exhibit 9**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March, 2021, at Los Angeles, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By _____
      Gregory Fuoco