## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Deniece Waidhofer et al | | CV20-06979-FMO (ASx) |
| Plaintiff(s) | | |
| v. | | |
| Cloudflare, Inc. et al | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | | |

The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The matter is placed on calendar for **May 4, 2021 at 10:00 a.m.** A call-in number and password will be emailed to the parties.

Dated:        April 20, 2021        By:        Alma Felix

Deputy Clerk