| | |
|---|---|
| REESE MARKETOS LLP<br>Brett S. Rosenthal (*pro hac vice*)<br>Joel W. Reese (*pro hac vice*)<br>Josh M. Russ (*pro hac vice*)<br>brett.rosenthal@rm-firm.com<br>750 N. Saint Paul Street, Ste. 600<br>Dallas, Texas 75201-3202<br>Telephone: (214) 382-9810<br>Facsimile: (214) 501-0731 | REITER GRUBER LLP<br>Charles Reiter (SBN 306381)<br>Robert Gruber (SBN 301620)<br>creiter@reitergruber.com<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401-3602<br>Telephone: (310) 496-7799 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT CRAKMEDIA PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>Date: April 23, 2021<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: August 8, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Deniece Waidhofer, Margaret McGehee, and Ryuu Lavitz, LLC ("Plaintiffs") and their counsel of record hereby give notice that the above-entitled action is dismissed with prejudice against Defendant 4355768 Canada Inc. d/b/a Crakmedia ("Crakmedia"). This dismissal is done by agreement between Plaintiffs and Crakmedia, and it is

made before Crakmedia has filed an answer or motion for summary judgment in this action. Accordingly, Plaintiffs' claims against Crakmedia may be dismissed without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A).

By agreement of the parties, each Party is responsible for bearing its/her own costs, expenses and attorney's fees.

DATE: April 23, 2021

Respectfully submitted,

By: *Brett S. Rosenthal*

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joshua M. Russ (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
brett.rosenthal@rm-firm.com

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this filing will be served on the date of filing on all counsel of record via the Court's electronic filing system.

/s/ *Brett S. Rosenthal*

Brett S. Rosenthal