UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DENIECE WAIDHOFER, *et al.*

Plaintiffs,

v.

CLOUDFLARE, INC., *et al.*,

Defendants.

Case No. 2:20-cv-06979-FMO-AS

**ORDER ON JOINT STIPULATION [153] REGARDING AMENDMENT TO SCHEDULING ORDER**

Date: May 7, 2021

Judge: Hon. Fernando M. Olguin

Complaint Filed: August 3, 2020
FAC Filed: November 4, 2020
Trial Date: December 14, 2021

Before the Court is the parties' Joint Stipulation Regarding Proposed Amendment to Scheduling Order. The parties propose to extend the deadlines for fact and expert discovery and expert disclosures, without disrupting the trial date and other scheduled events. Having reviewed the joint stipulation, the Court finds that there is good cause to amend the scheduling order (Dkt 90) as proposed.

Accordingly, it is ORDERED that the scheduling order (Dkt 90) is hereby amended as follows:

1. The deadline for the close of fact discovery is changed from **May 21, 2021 to June 25, 2021**.
2. The deadline for Expert Witness Disclosures is changed from **June 4, 2021 to July 2, 2021**.
3. The deadline for Rebuttal Witness Disclosures is changed from **July 5, 2021 to July 26, 2021**.

4. The deadline for the close of expert discovery is changed from **August 5, 2021** to **August 19, 2021**.

So ORDERED this 11th day of May 2021.

_____/s/_____

Hon. Fernando M. Olguin
United States District Judge