UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 20-06979-FMO (ASx) | Date | May 19, 2021 |
|---|---|---|---|
| Title | *Deniece Waidhofer, et al., v. Cloudflare Inc.., et. al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Zoom 05/19/21 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant Cloudflare Inc: |
|---|---|
| Brett Rosenthal, Joel Reese | Michael Elkin, Jennifer Golinveaux, |
| Peter Marketos | Thomas Kearney |
| | Attorneys Present for Defendant Multi Media LLC: |
| | Michael Zeller, Gregory Fuoco |

**Proceedings (In Chambers):**   **Settlement Conference**

A settlement conference was conducted by video conference on May 19, 2021. Plaintiffs Deneice Waidhofer, Ryuu Lavitz and Margaret McGehee were present. Defendant Cloudflare Inc., was represented by General Counsel, Doug Kramer, and Litigation Counsel, Martina Radney. Defendant Multi Media LLC was represented by Associate General Counsel, Jason Fischer, and Senior Account Executive, Jared Goodman.

The settlement conference was conducted off the record. Although the parties participated in good faith, a settlement was not reached at this time. The Court will be available to conduct a further settlement conference with the parties should they so desire.

The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

**IT IS SO ORDERED**.

cc:   Fernando M. Olguin
      United States District Judge

                                                                   2    :  00