Michael S. Elkin (*pro hac vice*)
melkin@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant*
*CLOUDFLARE, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CLOUDFLARE, INC., a Delaware corporation; MULTI MEDIA LLC, a California limited liability company; and JOHN DOES 1-21, <br><br> Defendants. | **Case No. 2:20-cv-06979-FMO-AS** <br><br> Assigned to: Judge Fernando M. Olguin <br><br> **DEFENDANT CLOUDFLARE INC.'S NOTICE OF LODGING OF *IN CAMERA* SUBMISSION** |

1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to the Court's order, Dkt. No. 172,

3  Defendant Cloudflare, Inc. ("Cloudflare") has lodged with the Court for *in camera*

4  review the following document:

5      - Defendant Cloudflare Inc.'s *In Camera* Brief Concerning Sealing of

6        Plaintiffs' Motion for Sanctions.

7

8  DATED: June 15, 2021                    WINSTON & STRAWN LLP

9                                          By: */s/ Jennifer A. Golinveaux*
10                                              Jennifer A. Golinveaux
                                               Thomas J. Kearney
11                                             WINSTON & STRAWN LLP
                                               101 California Street, 35th Floor
12                                             San Francisco, CA 94111-5840
                                               (415) 591-1000 (telephone)
13                                             jgolinveaux@winston.com
                                               tkearney@winston.com
14
                                               Michael S. Elkin
15                                             WINSTON & STRAWN LLP
                                               200 Park Avenue
16                                             New York, NY 10166
                                                (212) 294-6700 (telephone)
17                                             melkin@winston.com
18                                             Erin R. Ranahan
                                               WINSTON & STRAWN LLP
19                                             333 S. Grand Avenue
                                               Los Angeles, CA 90071
20                                             (213) 615-1700 (telephone)
                                               eranahan@winston.com
21
                                               *Attorneys for Defendant*
22                                             *CLOUDFLARE, INC*

23

24

25

26

27

28