UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**ORDER ON JOINT STIPULATION REGARDING AMENDMENT TO SCHEDULING ORDER**<br><br>Date: June 15, 2021<br><br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed: August 3, 2020<br>FAC Filed: November 4, 2020<br>Trial Date: December 14, 2021 |

Before the Court is the parties' Joint Stipulation Regarding Proposed Amendment to Scheduling Order. The parties propose to extend the deadlines for fact and expert discovery and expert disclosures, without disrupting the trial date and other scheduled events. Having reviewed the joint stipulation, the Court finds that there is good cause to amend the scheduling orders as proposed.

Accordingly, it is ORDERED that the scheduling orders (Dkts 90 and 155) are hereby amended as follows:

1. Extend the Fact Discovery deadline from **June 25, 2021 to July 23, 2021**.

2. Extend the Expert Witness Disclosures deadline from **July 2, 2021 to July 30, 2021**.

3. Extend the Rebuttal Witness Disclosure deadline from **July 25, 2021 to August 20, 2021**.

4. Extend the Expert Discovery deadline from **August 19, 2021 to September 3, 2021**.

5. Extend the deadline for filing motions for summary judgment from **September 8, 2021 to September 13, 2021.**

So ORDERED this <u>16th</u> day of June 2021.

/S/
_____

Hon. Fernando M. Olguin
United States District Judge