REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
Josh M. Russ (*pro hac vice*)
brett.rosenthal@rm-firm.com
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
creiter@reitergruber.com
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DENIECE WAIDHOFER, *et al.*

Plaintiffs,

v.

CLOUDFLARE, INC., *et al.*,

Defendants.

Case No. 2:20-cv-06979-FMO-AS

**PLAINTIFFS' MEMORANDUM REGARDING NOMINATION OF SPECIAL MASTER**

Date: July 2, 2021

Judge: Hon. Fernando M. Olguin
Magistrate Judge: Hon. Alka Sagar

Complaint Filed: August 3, 2020
Trial Date: December 14, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has ordered that a Special Master be appointed to deal with all discovery matters in the above-styled case and ordered each side to nominate three candidates for the appointment of Special Master. (Dkt 182). Pursuant to the Court's order, Plaintiffs hereby nominate the following three candidates to be appointed as Special Master: (1) Hon. Suzanne H. Segal (Ret.); (2) Hon. Patrick J. Walsh (Ret.); and (3) Hon. Elizabeth D. Laporte (Ret.).

## I.     Hon. Suzanne H. Segal (Ret.)

Plaintiffs' first nominee is the Hon. Suzanne H. Segal (Ret.). Judge Segal's curriculum vitae can be found at Exhibit A to this memorandum.

Judge Segal served as a United States Magistrate Judge in the Central District of California for 18 years from 2002 through 2020, including as the Chief Magistrate Judge in this District from 2012 through 2016. During her tenure on the federal bench, Judge Segal presided over numerous trials, evidentiary hearings, motions and discovery conferences involving a wide array of different subject matters. She also served as the settlement judge in hundreds of cases, including copyright actions such as this one. Judge Segal retired from the bench in 2020 and joined Signature Resolution as a mediator, arbitrator, and special master.

Prior to her tenure as a magistrate judge, Judge Segal served as an Assistant United States Attorney in the Civil Division of the Los Angeles U.S. Attorney's Office for 12 years. As an AUSA, Judge Segal handled a wide variety of cases, including contract, employment, civil rights, Medicare reimbursement, and tort claims. She also brought consumer and civil rights actions on behalf of the Department of Justice. Prior to serving in the U.S. Attorney's offices, Judge Segal was a civil litigator in private practice. She earned a *juris doctor* degree from Cornell Law School and earned her B.A. *cum laude* from Claremont McKenna.

PLAINTIFFS' MEMORANDUM REGARDING NOMINATION OF SPECIAL MASTER
*Waidhofer et al. v. Cloudflare, Inc., et. al.*, Case No. 2:20-cv-06979

Prior to filing this memorandum, Plaintiffs' counsel confirmed with Judge Segal's case administrator at Signature Resolution, Alisa Martinez, that Judge Segal would be willing and able to accept the role of Special Master if appointed by the Court.

## II.    Hon. Patrick J. Walsh (Ret.)

Plaintiffs' second nominee is the Hon. Patrick J. Walsh (Ret.). Judge Walsh's curriculum vitae can be found at Exhibit B to this memorandum.

Judge Walsh served as a United States Magistrate Judge in the Central District of California for nearly 20 years from 2001 through 2020, including as the Chief Magistrate Judge in this district from 2016 through 2020. While on the bench, Judge Walsh oversaw and helped settle thousands of matters related to business disputes, civil rights, employment, intellectual property, environmental issues, forfeitures, contracts, and class actions. Judge Walsh retired from the bench in 2020 and joined Signature Resolution as a mediator, arbitrator, discovery referee, and special master.

Prior to his service on the federal bench, Judge Walsh served as an Assistant United States Attorney in Los Angeles as a federal prosecutor from 1996 to 2001 and on the civil side from 1992 to 1996. Before that, he worked as a trial attorney for the United States Department of Justice. Judge Walsh began his legal career as a law clerk in the U.S. District Court for the Commonwealth of the Northern Mariana Islands in Saipan. He earned a *juris doctor* degree from UIC John Marshall Law School and a B.A. degree from Northern Illinois University.

Prior to filing this memorandum, Plaintiffs' counsel confirmed with Judge Walsh's case administrator at Signature Resolution, Jesse Centeno, that Judge Walsh would be willing and able to accept the role of Special Master if appointed by the Court.

### III.    Hon. Elizabeth D. Laporte (Ret.)

Plaintiffs' third nominee is the Hon. Elizabeth D. Laporte (Ret.). Judge Laporte's curriculum vitae can be found at Exhibit C to this memorandum.

Judge Laporte served as a United States Magistrate Judge in the Northern District of California for over 20 years from 1998 through 2019, including as Chief Magistrate Judge from 2013 to 2014. During her tenure, Judge Laporte presided over numerous civil cases, with a robust docket that included patent, trademark, copyright, business, class actions, employment, insurance, environmental, antitrust, and civil rights cases. Among many other matters, she handled discovery proceedings in *Oracle v. SAP*, a complex and well-known case in the area of copyright law. Judge Laporte has been recognized for her role in helping to shape intellectual property case law and for advancing the court's e-discovery procedures. She earned the Judicial Leadership Award from the Electronic Discovery Institute in 2015. In 2019, Judge Laporte joined JAMS as a neutral, where she has served as a special master or discovery referee.

Prior to her tenure on the bench, Judge Laporte was chief of special litigation in the San Francisco City Attorney's office, an administrative law judge with the California Department of Insurance, and an attorney in private practice. Early in her career, she served as a law clerk to the Hon. Marilyn Hall Patel in the Northern District of California. She earned her *juris doctor* degree from Yale University and her B.A. from Princeton University. She also earned a Masters degree and was a Marshall Scholar at Oxford University.

Prior to filing this memorandum, Plaintiffs' counsel reached out Judge Laporte's case administrator at JAMS, Sandra Chan, and inquired whether Judge Laporte would be willing and able to accept the role of Special Master if appointed by the Court.  Plaintiffs' counsel has not heard back on this issue.

-3-

PLAINTIFFS' MEMORANDUM REGARDING NOMINATION OF SPECIAL MASTER
*Waidhofer et al. v. Cloudflare, Inc., et. al.*, Case No. 2:20-cv-06979

DATE: July 2, 2021

Respectfully submitted,

By:   Brett S. Rosenthal_____

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joshua M. Russ (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
Allison N. Cook (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Brett.rosenthal@rm-firm.com

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com

*Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

3

4

The undersigned hereby certifies that a copy of this filing will be served on the date of filing on all counsel of record via the Court's electronic filing system.

5

6

_____/s/ Brett S. Rosenthal_____

7

Brett S. Rosenthal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MEMORANDUM REGARDING NOMINATION OF SPECIAL MASTER
*Waidhofer et al. v. Cloudflare, Inc., et. al.*, Case No. 2:20-cv-06979