Suzanne H. Segal
United States Magistrate Judge (Ret.)
SIGNATURE RESOLUTION, LLC
633 W. 5th Street, Suite 1000
Los Angeles, CA 90071
(213) 622-1002

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CLOUDFLARE, INC., a Delaware corporation, et al., <br><br> Defendants. | Case No.: CV 20-06979 FMO (ASx) <br><br> SPECIAL MASTER AFFIDAVIT |

    On July 6, 2021, District Judge Fernando M. Olguin issued an order (the "Order") tentatively appointing Judge Suzanne H. Segal (Ret.) as a Special Master pursuant to Federal Rule of Civil Procedure 53. The rule requires that Judge Segal shall file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A).

    Judge Segal has reviewed the pleadings and the docket. Judge Segal has determined, pursuant to Rule 53(a)(2), that she does not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2021

DocuSigned by:
Hon. Suzanne Segal (Ret.)
2B739185DE71459...
Hon. Suzanne H. Segal (Ret.)

1

SPECIAL MASTER AFFIDAVIT