# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, et al., | Case No. CV 20-6979 FMO (ASx) |
| Plaintiffs, | |
| v. | **ORDER RE: APPOINTMENT OF SPECIAL MASTER** |
| CLOUDFLARE, INC. et al., | |
| Defendants. | |

Having reviewed and considered the Special Master Affidavit (Dkt. 191), IT IS ORDERED THAT the Hon. Suzanne H. Segal (Ret.) of Signature Resolution is appointed as Special Master in this action pursuant to Rule 53(a) of the Federal Rules of Civil Procedure. The parties and the Special Master shall comply with all the provisions set forth in the Court's Order of July 6, 2021. Dated this 27th day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge