FILED
CLERK, U.S. DISTRICT COURT
8/30/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_gga\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DENIECE WAIDHOFER, *et al.*

Plaintiffs,

v.

CLOUDFLARE, INC., *et al.*,

Defendants.

Case No. 2:20-cv-06979-FMO(ASx)

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

District Judge: Hon. Fernando M. Olguin
Magistrate Judge: Hon. Alka Sagar
Special Master: Hon. Suzanne H. Segal (Ret.)

Complaint Filed: August 3, 2020
FAC Filed: November 4, 2020 Trial Date: December 14, 2021

The United States District Court for the Central District of California presents its compliments to the appropriate judicial authority of Canada and requests international judicial assistance to obtain evidence to be used at trial in a civil proceeding before this Court in the above-captioned matter. A trial on the matter is scheduled at present for December 14, 2021 in Los Angeles, California, USA.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of Canada compel the appearance of the below-named persons to give evidence and produce documents:

Francisco Humberto Dias ("Dias"),
d/b/a Frantech Solutions ("Frantech")
3635 Craigmillar Ave.

Victoria, British Columbia
V8P 3H2, Canada

The Court is informed that Mr. Dias has registered Frantech Solutions as a sole proprietorship with registration number FM0628346. No party filed an Opposition to this request for assistance.

## BACKGROUND

This case primarily relates to alleged infringement of plaintiffs' registered copyrights in certain photographs. The photographs are of the plaintiffs, who are professional models and "cosplay" performers (that is, performers who publish artistic, non-nude photographs of themselves in lingerie or costume) on websites such as www.onlyfans.com ("OnlyFans") and www.patreon.com ("Patreon"). The plaintiffs allege in part that their copyrighted works were infringed and distributed without plaintiffs' permission through a now-defunct pirate website, thothub.tv, that specialized in publishing content stolen from OnlyFans and Patreon. Thothub.tv allegedly hosted its website for some or all of its existence on servers owned by Frantech, a company based in British Columbia, Canada.

The plaintiffs assert claims against several defendants including Cloudflare, Inc. ("Cloudflare"), a company that provided "content delivery network" services to thothub.tv. Because of the nature of Cloudflare's service, which aims to make websites load more quickly by serving content from a globally-distributed network of servers close to the end users, Plaintiffs allege that the infringing images were stored on and served from Cloudflare's own servers. As a result, Plaintiffs allege that Cloudflare is liable for direct and contributory infringement. Plaintiffs further allege that another defendant, Multi Media LLC ("Multi Media LLC"), conspired with and supported the operators of Thothub by providing financial support and affiliate-management services via certain third-party marketing firms, including

Crakmedia Inc. As a result, Plaintiffs allege that Multi Media is liable for contributory copyright infringement, racketeering conspiracy, investment in a racketeering enterprise, and unfair competition.

The plaintiffs seek evidence from Frantech and its owner, Dias, because Frantech allegedly served as the origin host for thothub.tv for some or all of its existence. Plaintiffs seek to obtain the access log files generated by the relevant Frantech server or servers at the relevant times, which will show the number of HTTP requests made by Cloudflare's servers or by others for the infringing content. The plaintiffs assert that these documents will be relevant to prove the number of acts of infringement. They also seek to obtain copies of the copyright infringement notices that Cloudflare sent to Frantech, or of records referencing those copyright infringement notices, concerning the thothub.tv website for the relevant time period.

The plaintiffs assert that these documents will be relevant to prove that Cloudflare has not complied with the safe harbor provisions of the US Digital Millennium Copyright Act and therefore is liable for copyright infringement. They also seek records regarding the alleged publication of their alleged copyright works on thothub.tv. The plaintiffs assert that this evidence will be relevant to prove that particular registered copyrighted works were served by thothub.tv (and thus by Frantech, thothub's origin server, and Cloudflare, its content delivery network). The plaintiffs have sought without success to seek this evidence from Cloudflare under U.S. discovery rules, thus necessitating this letter rogatory.

**DOCUMENTS TO BE OBTAINED**

This Court requests that the appropriate judicial authority of Canada order Dias to produce the following documents:

1. Server access logs (for example, the "access.log" files created by the server's HTTP server) for the server or servers on which the thothub.tv

website is or was hosted, for the period from January 1, 2019 to August 6, 2020, which encompasses the period during which plaintiffs' alleged copyright works were allegedly infringed on Thothub.tv. (Only those log entries that relate to the specific URLs listed in paragraphs 103-111 and 119 of the First Amendment Complaint, which are listed on Exhibit A to this letter rogatory, need be produced, but Mr. Dias may produce the log files in their entirety if he wishes.)

2. The copyright infringement notices, or records concerning copyright infringement notices, relating to the thothub.tv website, which Frantech received from Cloudflare between January 1, 2019 and August 6, 2020.

3. All image files (for instance, files in jpeg, png, gif, tiff, psd, pdf, or webp formats) that contain one or more of the following terms in the filenames:
    a. Waidhofer
    b. Omgcosplay
    c. Omg cosplay
    d. Ryuu Lavitz
    e. RyuuLavitz

## TESTIMONY TO BE OBTAINED

This Court also requests that the appropriate judicial authority of Canada order Dias to appear for a deposition at which he will testify on the following topics, or, in the alternative, to provide an affidavit in a form sufficient to satisfy the requirements of Rule 902(12) (13) of the Federal Rules of Evidence pertaining to authentication of foreign records generated by an electronic process or system:

1. The time at which the log files were created and the method by which they were kept, retrieved, and produced. (This testimony will be relevant to authenticate the log files so that they may be admitted in

evidence at trial, if there is an objection to admissibility by the defendants).

## RIGHTS OF THE WITNESSES

Under U.S. law, the witnesses have the right to refuse to produce evidence that is privileged, either under U.S. federal law or under applicable Canadian law. .

## SPECIAL PROCEDURES

This Court requests that the appropriate judicial authority of Canada require that the documents requested be produced in native format on a USB drive or similar medium to counsel for the plaintiffs. The Court also requests that the deposition be taken via videoconference using technology that is acceptable to the parties or, failing agreement, specified by the appropriate judicial authority of Canada (for example, by Zoom or similar software platforms); that the appropriate judicial authority of Canada appoint an Official Court Reporter in the Province of British Columbia, or his or her designate, as the commissioner before whom the evidence is to be taken; that the plaintiffs' U.S. counsel be permitted to put questions to the witness directly; that U.S. counsel for the defendants be permitted to cross-examine the witness if they wish; that the parties' Canadian counsel be permitted to attend the deposition; that the oath be administered by the commissioner appointed by the appropriate judicial authority of Canada; that the testimony be recorded videographically and transcribed stenographically; that the witness have thirty days to review the transcript, correct errors in writing and under oath, and sign the transcript; that the transcript and the witness's errata be delivered directly to counsel for the plaintiffs; and that the plaintiffs be ordered to pay the witness fee or other costs that are required, under applicable Canadian law, to be paid to witnesses who are compelled to appear at a hearing or deposition.

This Court further requests that notice of the time and place of any proceedings in Canada, including proceedings before a court or any deposition, be given to all parties' counsel of record in the above-styled case via electronic mail, at the following addresses:

- JGolinveaux@winston.com
- MElkin@winston.com
- TKearney@winston.com
- ERanahan@winston.com
- michaelzeller@quinnemanuel.com
- gregfuoco@quinnemanuel.com
- brett.rosenthal@rm-firm.com
- joel.reese@rm-firm.com
- pete.marketos@rm-firm.com
- rgruber@reitergruber.com

## **RECIPROCITY AND COSTS**

This Court expresses its willingness to provide similar judicial assistance to the judicial authorities of Canada. The Court refers in particular to Title 28, Section 1782 of the United States Code, a statute that authorizes a United States court, on application by a foreign judicial authority or by any interested person, to issue an order authorizing service of a subpoena for documents or for testimony.

\\
\\
\\
\\
\\
\\

This Court is willing to issue orders to compel the plaintiffs to reimburse the judicial authorities of Canada for costs incurred in executing this letter rogatory.

Dated: August 30, 2021

DocuSigned by:
*Hon. Suzanne Segal (Ret.)*
2B739185DE71459...

Hon. Suzanne H. Segal (Ret.)
Special Master
U.S. District Court for the Central District of California

**Kiry K. Gray, Clerk of Court**

By: /s/ G. Garcia
_____
Deputy Clerk: Gabriela Garcia

Seal of the Court:

# Exhibit A: List of Thothub Infringing URLs

- https://thothub.tv
- https://forum.thothub.tv
- https://forum.thothub.tv/index/php?threads/omgcosplay.401
- https://forum.thothub.tv/index.php?forums/patreon.8/
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-2
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-3
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-4
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-6
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-7
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-8
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-9
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-10
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-11
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-12
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-13
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-14
- https://thothub.tv/thotstarsh/
- https://thothub.tv/tag/omgcosplay-sexy/
- https://thothub.tv/tag/omgcosplay-nude/
- https://thothub.tv/2019/09/13/omgcosplay-gwenpool-cosplay/
- https://thothub.tv/gmedia-album-omgcosplay/
- https://thothub.tv/tag/omgcosplay-naked/
- https://thothub.tv/2019/10/29/omgcosplay-raven/
- https://thothub.tv/2019/12/03/omgcosplay-naked-shower/
- https://thothub.tv/2019/09/16/omgcosplay-nude-snapchat-shower/
- https://thothub.tv/2019/11/29/omgcosplay-sabrina/
- https://forum.thothub.tv/index.php?threads/omgcosplay-featuringdante-from-dmc-and-knuckles.18537/
- https://forum.thothub.tv/index.php?threads/omgcosplay-super-turrbohd-remix.19435/
- https://forum.thothub.tv/index.php?threads/omgcosplay-hyper-editionex-plus-alpha.20648/
- https://forum.thothub.tv/index.php?threads/omgcosplay-subtitleplaceholder-subtitle.21804/

- https://forum.thothub.tv/index/php?threads/omgcosplay-lorem-ipsumdolor-sit-amet.22796/#post-313909
- https://forum.thothub.tv/index/php?threads/omgcosplayoverhaul.23772/
- https://forum.thothub.tv/index.php?threads/omg-maggie.17553/
- https://forum.thothub.tv/index.php?threads/prettiest-feet.23878/page-2#post-341170
- https://forum.thothub.tv/index.php?threads/oh-my-goodnesscosplay.25352/
- https://forum.thothub.tv/index/php?threads/everyting-nier-automatayorha-2b.7816/page-2#post-367105
- https://forum.thothub.tv/index.php?threads/everything-nier-automatayorha-b7816/page-2#post-367128
- https://forum.thothub.tv/index.php?threads/omgcosplay.17706/
- https://forum.thothub.tv/index.php?threads/0-g-cosplay.26712/
- https://thothub.tv/2020/03/02omgcosplay-hermione-lingerie/
- https://forum.thothub.tv/index.php?threads/o-m-g-she-becosplaying.29484/
- https://forum.thothub.tv/index.php?threads/lurker-postingomgcosplay.49202/
- https://forum.thothub.tv/index.php?threads/omgcosplay-bondageonlyfans.45013/
- https://forum.thothub.tv/index.php?threads/first-contribomgcosplay.48044/
- https://forum.thothub.tv/index.php?threads/omgcosplay-somephotosets.40908/
- https://forum.thothub.tv/index.php?threads/omgcosplay-newestset.41998/
- https://forum.thothub.tv/index.php?threads/contributing-to-the-causeomgcosplay.48332/
- https://forum.thothub.tv/index.php?threads/my-contributionomgcosplay.46561/
- https://forum.thothub.tv/index.php?threads/official-welcomecontribution-thread-reply-inhere.30918/page-74#post-475213
- https://forum.thothub.tv/index.php?threads/omgcosplay-as-ramonaflowers.38369/
- https://forum.thothub.tv/index.php?threads/omgcosplay-super-girl-setsomes-march-2020-pictures.49339/#post-512536
- https://forum.thothub.tv/index.php?threads/omgcosplay.40855/
- https://forum.thothub.tv/index.php?threads/omgcosplay.39071/
- https://forum.thothub.tv/index.php?threads/omgcosplay.43139/
- https://forum.thothub.tv/index.php?threads/omgcosplay.44681/
- https://forum.thothub.tv/index.php?threads/omgcosplay.36559/

- https://forum.thothub.tv/index.php?threads/omgcosplay.32668/
- https://forum.thothub.tv/index.php?threads/omgcosplay.43199/
- https://forum.thothub.tv/index.php?threads/omgcosplay.boundage.44880/
- https://forum.thothub.tv/index.php?threads/omgcosplay-cutephotos.43795/
- https://forum.thothub.tv/index.php?threads/omgcosplay-cum-andfacial.47780/
- https://forum.thothub.tv/index.php?threads/little-bit-of-my-faves-toget-out-of-lurker-status.48262/
- https://forum.thothub.tv/index.php?threads/omgocsplay-ri-careinvadernoodles.34232/
- https://forum.thothub.tv/index.php?threads/omgcosplay-trying-to-getout-of-the-pit.47522/
- https://forum.thothub.tv/index.php?threads/omgcosplay-goddess-helpme-guys.39727/
- https://forum.thothub.tv/index.php?threads/lurker-raises-his-ugly-faceto-then-go-back-to-lurking-omgcosplay.38655
- https://forum.thothub.tv/index.php?threads/lurker-postingomgcosplay.49202/
- https://forum.thothub.tv/index.php?threads/some-omgcosplay-foryou.53038/
- https://forum.thothub.tv/index.php?threads/omgcosplay.55359/
- https://forum.thothub.tv/index.php?threads/omgcosplay.52570/
- https://forum.thothub.tv/index.php?threads/come-drow-lewd-contenthelp-leave-lurker-status.52481/page-14#post-554597
- https://forum.thothub.tv/index.php?threads/hey-all-still-trying-to-getin.54199/#post-555213
- https://forum.thothub.tv/index.php?threads/omgcosplay-microthong.57660/
- https://forum.thothub.tv/index.php?threads/o_m_g_c_o_-_p_l-_y.31800/
- https://forum.thothub.tv/index.php?threads/omgcosplay.64712/
- https://forum.thothub.tv/index.php?threads/lets-get-out-of-the-pit-postup-skinny-petite-girls-here-and-tag-me.61228/
- https://forum.thothub.tv/index.php?threads/peachjars-or-bukkitbrowncontent.39933/
- https://forum.thothub.tv/index.php?threads/omgcosplay.53129/
- https://forum.thothub.tv/index.php?threads/0mgcosplay.28817/
- https://forum.thothub.tv/index.php?threads/o_m_g_c_0_-_p_l-_y.31800/
- https://thothub.tv/2020/04/04/omgcosplay-2b-nier-automata/
- https://forum.thothub.tv/index.php?threads/omgcosplay.65949/

- https://forum.thothub.tv/index.php?threads/everything-nier-automatayorha-2b.7816/
- https://thothub.tv/2020/04/15/omgcosplay-supergirl/
- https://forum.thothub.tv/index.php?threads/mgc05pl4y.69186/
- https://forum.thothub.tv/index.php?threads/drop-some-content-and-getsome-likes-move-out-of-the-pit.70878/
- https://forum.thothub.tv/index.php?threads/omgcosplay.71444/
- https://forum.thothub.tv/index.php?threads/omgcosplay.72895/
- https://forum.thothub.tv/index.php?threads/who-is-this-requestunknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/omg.75128/
- https://thothub.tv/2019/10/29/omgcosplay-raven
- https://forum.thothub.tv/index.php?threads/omcosplay-maggiemcgehee.78251/
- https://forum.thothub.tv/index.php?threads/were-giving-away-freelikes-all-day-come-on-inside.78341/
- https://forum.thothub.tv/index.php?threads/omgco-pl-y.76690/
- https://forum.thothub.tv/index.php?threads/who-is-this-requestunknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/post-anything-andwe%E2%80%99ll-get-you-out-of-the-pit-please-read-guidelines.77659
- https://forum.thothub.tv/index.php?threads/omg-cosplay.77318/
- https://forum.thothub.tv/index.php?threads/omcosplay-easter.79296/
- https://forum.thothub.tv/index.php?threads/omgc-sply.80570/
- https://forum.thothub.tv/index.php?threads/giving-away-likes-postyour-content-and-get-out-of-the-pit.81579/
- https://forum.thothub.tv/index.php?threads/post-anything-andwe%E2%80%99ll-get-you-out-of-the-pit-please-read-guidelines.81785/
- https://forum.thothub.tv/index.php?threads/who-is-this-requestunknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.83303/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.86792/
- https://forum.thothub.tv/index.php?threads/omgcosplay-just-trying-toget-out-the-pit.87379/
- https://forum.thothub.tv/index.php?threads/peach-jars.84482/
- https://forum.thothub.tv/index.php?threads/0mgc0sp1-y.86879/
- https://forum.thothub.tv/index.php?threads/omgcosplay.88591/
- https://forum.thothub.tv/index.php?threads/omgcosplay.88886/

- https://forum.thothub.tv/index.php?threads/omgcosplay-maggie.90785
- https://thothub.tv/2020/05/28/omgcosplay-girl-on-girl-set/
- https://forum.thothub.tv/index.php?threads/omg.91175/
- https://forum.thothub.tv/index.php?threads/omgcosplay.92822/
- https://forum.thothub.tv/index.php?threads/omgcosplay-of.92144/
- https://forum.thothub.tv/index.php?threads/omgcosplay-supergirlset.96399/
- https://forum.thothub.tv/index.php?threads/omcosplay.95556/
- https://forum.thothub.tv/index.php?threads/omgcosplay.96695/
- https://forum.thothub.tv/index.php?threads/omgcosplay.98164/
- https://forum.thothub.tv/index.php?threads/directory-of-the-bestahegao-crosseyed-girl.99874/
- https://forum.thothub.tv/index.php?threads/who-is-this-requestunknown-girls-in-here.8339/page-131#post-702578
- https://forum.thothub.tv/index.php?threads/omgcosplay.100386/
- https://forum.thothub.tv/index.php?threads/omgcosplay-birthdayonlyfans-set/
- https://forum.thothub.tv/index.php?threads/oh-my-god-cos.102542/
- https://forum.thothub.tv/index.php?threads/omgcos.103618/
- https://forum.thothub.tv/index.php?threads/omgcosplay-harley/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.104196/
- https://forum.thothub.tv/index.php?threads/omgcosplay.105978/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.106494/
- https://forum.thothub.tv/index.php?threads/omgcosplay.107389/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.108785/
- https://forum.thothub.tv/index.php?threads/ryuu-lavits_85294/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz_1906/page-2
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.83067/
- https://thothub.tv/2020/05/03/ryuu-lavitz-patreon-naruko/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.66627/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.74780/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.72091/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.62596/
- https://forum.thothub.tv/index.php?threads/ryuu.57023/
- https://forum.thothub.tv/index.php?threads/r-l.54719/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.46770/
- https://forum.thothub.tv/index.php?threads/ryu-lavitz.39038/
- https://forum.thothub.tv/index.php?threads/r-y-u-u.46061/

- https://forum.thothub.tv/index.php?threads/introduction-thread-ftry%C3%BC%C3%BC.46061/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.29828/
- https://forum.thothub.tv/index.php?threads/ry-la.28422/
- https://forum.thothub.tv/index.php?threads/r-y-u-u-l-4-v-t-z.28849/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.27554/
- https://forum.thothub.tv/index.php?threads/ryyuu-lavits.24129/
- https://forum.thothub.tv/index.php?threads/ryyuu-lavits.24129/page-2#post-337162
- https://forum.thothub.tv/index.php?threads/r-y-u-u-l-a-v-i-t-z.23317/
- https://thothub.tv/2020/01/17/ryuulavitz-bulma-briefs-dragon-ball/
- https://forum.thothub.tv/index.php?threads/cosplay-girl-r.20912/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.19384/
- https://forum.thothub.tv/index.php?threads/ryulavtz.17660/
- https://forum.thothub.tv/index.php?threads/ryoo-lav-its.15994/
- https://forum.thothub.tv/index.php?threads/ry-dragon-uu-luvittszs.16122/
- https://forum.thothub.tv/index.php?threads/rlv.14876/
- https://forum.thothub.tv/index.php?threads/rl-cosplay.13461/
- https://forum.thothub.tv/index.php?threads/rl.10248/
- https://forum.thothub.tv/index.php?attachments/0rpbg8t-jpg.120277/
- https://forum.thothub.tv/index.php?attachments/0v8qjqk-jpg.120278/
- https://forum.thothub.tv/index.php?attachments/1djlbdb-jpg.120279/
- https://forum.thothub.tv/index.php?attachments/5y3ltis-jpg.120280/
- https://forum.thothub.tv/index.php?attachments/bpezw3e-jpg.120281/
- https://forum.thothub.tv/index.php?attachments/iu1057s-jpg.120285/
- https://forum.thothub.tv/index.php?attachments/ytmsneg-jpg.120291/
- https://forum.thothub.tv/index.php?attachments/ry-7-jpg.85548/
- https://forum.thothub.tv/index.php?attachments/ry-4-png.85560/
- https://forum.thothub.tv/index.php?attachments/ry-1-jpeg.85549/
- https://forum.thothub.tv/index.php?attachments/ry-1-jpg.85550/
- https://forum.thothub.tv/index.php?attachments/ry-1-png.85551/
- https://forum.thothub.tv/index.php?attachments/ry-2-jpeg.85552/
- https://forum.thothub.tv/index.php?attachments/ry-2-jpg.85553/
- https://forum.thothub.tv/index.php?attachments/ry-2-png.85554/
- https://forum.thothub.tv/index.php?attachments/ry-3-jpeg.85555/
- https://forum.thothub.tv/index.php?attachments/ry-3-jpg.85556/
- https://forum.thothub.tv/index.php?attachments/ry-3-png.85557/

- https://forum.thothub.tv/index.php?attachments/ry-4-jpeg.85558/
- https://forum.thothub.tv/index.php?attachments/ry-4-jpg.85559/
- https://forum.thothub.tv/index.php?attachments/ry-5-jpeg.85561/
- https://forum.thothub.tv/index.php?attachments/ry-5-jpg.85562/
- https://forum.thothub.tv/index.php?attachments/ry-5-png.85563/
- https://forum.thothub.tv/index.php?attachments/ry-6-jpeg.85564/
- https://forum.thothub.tv/index.php?attachments/ry-6-jpg.85565/
- https://forum.thothub.tv/index.php?attachments/ry-6-png.85566/
- https://forum.thothub.tv/index.php?attachments/ry-7-jpeg.85567/
- https://forum.thothub.tv/index.php?attachments/ry-7-png.85569/
- https://forum.thothub.tv/index.php?attachments/ry-8-jpeg.85570/
- https://forum.thothub.tv/index.php?attachments/ry-8-jpg.85571/
- https://forum.thothub.tv/index.php?attachments/ry-8-png.85572/
- https://forum.thothub.tv/index.php?attachments/ry-9-jpeg.85573/
- https://forum.thothub.tv/index.php?attachments/ry-10-jpg.85577/
- https://forum.thothub.tv/index.php?attachments/ry-9-jpg.85574/
- https://forum.thothub.tv/index.php?attachments/ry-9-png.85575/
- https://forum.thothub.tv/index.php?attachments/ry-10-jpeg.85576
- https://forum.thothub.tv/index.php?attachments/ry-10-png.85578/
- https://forum.thothub.tv/index.php?attachments/ry-11-jpeg.85579
- https://forum.thothub.tv/index.php?attachments/ry-11-jpg.85580/
- https://forum.thothub.tv/index.php?attachments/ry-11-png.85581/
- https://forum.thothub.tv/index.php?attachments/ry-12-jpeg.85582/
- https://forum.thothub.tv/index.php?attachments/ry-12-jpg.85583/
- https://forum.thothub.tv/index.php?attachments/ry-12-png.85584/
- https://forum.thothub.tv/index.php?attachments/ry-13-jpeg.85585
- https://forum.thothub.tv/index.php?attachments/ry-13-jpg.85586/
- https://forum.thothub.tv/index.php?attachments/ry-13-png.85587/
- https://forum.thothub.tv/index.php?attachments/ry-14-jpeg.85588
- https://forum.thothub.tv/index.php?attachments/ry-14-jpg.85589/
- https://forum.thothub.tv/index.php?attachments/ry-14-png.85590/
- https://forum.thothub.tv/index.php?attachments/ry-15-jpg.85591/
- https://forum.thothub.tv/index.php?attachments/ry-15-png.85592/
- https://forum.thothub.tv/index.php?attachments/ry-16-jpg.85593/
- https://forum.thothub.tv/index.php?attachments/ry-16-png.85594/
- https://forum.thothub.tv/index.php?attachments/ry-17-jpg.85595/
- https://forum.thothub.tv/index.php?attachments/ry-17-png.85596/

- https://forum.thothub.tv/index.php?attachments/ry-18-jpg.85597/
- https://forum.thothub.tv/index.php?attachments/ry-18-png.85598/
- https://forum.thothub.tv/index.php?attachments/ry-23-png.85608/
- https://forum.thothub.tv/index.php?attachments/ry-19-png.85600/
- https://forum.thothub.tv/index.php?attachments/ry-20-jpg.85601/
- https://forum.thothub.tv/index.php?attachments/ry-21-jpg.85603/
- https://forum.thothub.tv/index.php?attachments/ry-21-png.85604/
- https://forum.thothub.tv/index.php?attachments/ry-22-jpg.85605/
- https://forum.thothub.tv/index.php?attachments/ry-22-png.85606/
- https://forum.thothub.tv/index.php?attachments/ry-25-png.85612/
- https://forum.thothub.tv/index.php?attachments/ry-32-jpg.85619/
- https://forum.thothub.tv/index.php?attachments/ry-39-jpg.85626/
- https://forum.thothub.tv/index.php?attachments/ry-38-jpg.85625/
- https://forum.thothub.tv/index.php?attachments/ry-44-jpg.85631/
- https://forum.thothub.tv/index.php?attachments/ry-45-jpg.85632/
- https://forum.thothub.tv/index.php?attachments/ry-47-jpg.85634/
- https://forum.thothub.tv/index.php?attachments/ry-48-jpg.85635/
- https://forum.thothub.tv/index.php?attachments/ry-51-jpg.85638/
- https://forum.thothub.tv/index.php?attachments/ry-58-jpg.85645/
- https://forum.thothub.tv/index.php?attachments/ry-59-jpg.85646/
- https://forum.thothub.tv/index.php?attachments/ry-54-jpg.85641/
- https://forum.thothub.tv/index.php?attachments/ry-72-jpg.85658/
- https://forum.thothub.tv/index.php?attachments/ry-64-jpg.85650/
- https://forum.thothub.tv/index.php?attachments/ry-79-jpg.85665/
- https://forum.thothub.tv/index.php?attachments/ry-77-jpg.85663/
- https://forum.thothub.tv/index.php?attachments/ry-83-jpg.85669/
- https://forum.thothub.tv/index.php?attachments/ry-92-jpg.85720/
- https://forum.thothub.tv/index.php?attachments/ry-88-jpg.85715/
- https://forum.thothub.tv/index.php?attachments/ry-107-jpg.85739
- https://forum.thothub.tv/index.php?attachments/ry-113-jpg.85784
- https://forum.thothub.tv/index.php?attachments/ry-122-jpg.85794
- https://forum.thothub.tv/index.php?attachments/d7ws_hxwkaantkcjpg.88977/
- https://forum.thothub.tv/index.php?attachments/ry-115-png.85786/
- https://forum.thothub.tv/index.php?attachments/ry-74-jpg.85660/
- https://forum.thothub.tv/index.php?attachments/ry-73-jpg.85659/
- https://forum.thothub.tv/index.php?threads/ry-la-z.1906/

- https://forum.thothub.tv/index.php?attachments/ry-106-jpg.85738/
- https://forum.thothub.tv/index.php?attachments/ry-107-jpg.85739/
- https://forum.thothub.tv/index.php?attachments/ry-109-jpg.85741/
- https://forum.thothub.tv/index.php?attachments/ry-110-jpg.85742/
- https://forum.thothub.tv/index.php?attachments/ry-111-jpg.85743/
- https://forum.thothub.tv/index.php?attachments/ry-112-jpg.85745/
- https://forum.thothub.tv/index.php?attachments/ry-113-jpg.85784/
- https://forum.thothub.tv/index.php?attachments/ry-114-jpg.85785/
- https://forum.thothub.tv/index.php?attachments/ry-115-png.85786/
- https://forum.thothub.tv/index.php?threads/ry-la-z.1906/
- https://thothub.tv/2020/01/31/niece-waidhofer-nude-onlyfans-leaked-video-and-photos-x/
- https://thothub.tv/tag/niece-waidhofer-nude/
- https://thothub.tv/2019/10/12/niece-waidhofer-patreon-sexy-photos/
- https://forum.thothub.tv/index.php?threads/niece-waidhofer.1745/