UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6979 FMO (ASx) | Date | October 12, 2021 |
|---|---|---|---|
| Title | Deniece Waidhofer, et al. v. Cloudflare, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**     (In Chambers) Order Re: Ex Parte Application and Further Proceedings

Having reviewed the parties' Second Joint Ex Parte Application to Continue Court-Ordered Stay of Deadlines, (Dkt. 208, "Application") and the case file in this action, IT IS ORDERED THAT:

1. The Application **(Document No. 208)** is **denied**.

2. The **stay is lifted**.

3. All fact discovery shall be completed no later than **January 13, 2022**.[1]

4. All expert discovery shall be completed by **March 18, 2022**. The parties must serve their Initial Expert Witness Disclosures no later than **January 27, 2022**. Rebuttal Expert Witness Disclosures shall be served no later than **February 18, 2022**. The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules 7-3 and 37-1 require ample time to meet and confer as well as brief the matters, and because the final pretrial conference and trial dates will not be continued merely because expert discovery is still underway.

5. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **April 18, 2022**, and noticed for hearing regularly under the Local Rules. Any untimely or non-conforming motion will be denied. *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions (Dkt. 91).* Each party is allowed one potentially dispositive motion.

6. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **June 17, 2022**.

---

[1] Except as set forth in this order, the parties shall comply with all the requirements set forth in the Court's Case Management Order of November 23, 2020 (Dkt. 90).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 20-6979 FMO (ASx)** | Date | **October 12, 2021** |
|---|---|---|---|
| Title | **Deniece Waidhofer, et al. v. Cloudflare, Inc., et al.** | | |

    7.  The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **June 24, 2022**.

    The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

    8.  The final pretrial conference and hearing on motions in limine is scheduled for **July 8, 2022**, at 10:00 a.m.

    9.  The trial is scheduled to begin on **Tuesday, July 26, 2022**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |