UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Date: October 13, 2021<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: August 8, 2020 |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Deniece Waidhofer, Margaret McGehee, and Ryuu Lavitz, LLC ("Plaintiffs") and their counsel of record give notice that the remaining claims in this action are hereby dismissed without prejudice. No defendant has yet served an answer or motion for summary judgment in this matter. Accordingly, this action may be voluntarily dismissed without court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

DATE: October 13, 2021

Respectfully submitted,

By:   *Brett S. Rosenthal*

REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joshua M. Russ (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Brett.rosenthal@rm-firm.com

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799
creiter@reitergruber.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this filing will be served on the date of filing on all counsel of record via the Court's electronic filing system.

/s/

Brett S. Rosenthal